UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER T. KELLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | Case No. CV 09-7607 JC<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: October 26, 2010

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE